FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

05 NOV 30 PM 12: 39

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO.   2:05-cr-119-FtM-29DNF

CARLOS ANDRES GONZALEZ,
a/k/a "Andy",
OSVALDO ALONSO, and
GILBERTO PEREZ

21:841(a)(1)
21:841(b)(1)(B)(vii)
21:846 (Conspiracy)
21:853 (Forfeiture)
18:2

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From a date unknown, but at least by in or about December 2003, through and including May 17, 2005, in Lee County, in the Middle District of Florida and elsewhere,

**CARLOS ANDRES GONZALEZ**
**a/k/a "Andy",**
**OSVALDO ALONSO and**
**GILBERTO PEREZ**

the defendants herein, did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute more than one hundred (100) marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about May 17, 2005, in Lee County, in the Middle District of Florida,

**CARLOS ANDRES GONZALEZ**
**a/k/a "Andy", and**
**OSVALDO ALONSO**

the defendants herein, did knowingly and willfully possess with intent to distribute more than one hundred (100) or more marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vii) and Title 18, United States Code, Section 2.

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendants,

**CARLOS ANDRES GONZALEZ**
**a/k/a "Andy",**
**OSVALDO ALONSO and**
**GILBERTO PEREZ**

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

    a.    Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

    b.    Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

Said property, interests, claims, and contractual rights to include, but are not limited to, the following: Intangible property and real property, including all improvements thereon and appurtenances thereto, described as follows:

1. **1927 SE 17th Place, Cape Coral, Florida**, also known as Cape Coral Unit 89, Blk 5382, PB 23, PG 158, Lots 35 & 36, owner of record New Millennia Corporation;

2. **1710 NW Embers Terrace, Cape Coral, Florida**, also known as Cape Coral Unit 51, Blk 3726, PB 19, PG 5, Lots 18 & 19, owner of record Carlos A. Gonzalez and his wife, Ana Lopez;

3. **1506 NW 29th Place, Cape Coral, Florida**, also known as Cape Coral Unit 57, Blk 4093, PB 19, PG 125, Lots 31 & 32, owner of record Gilberto Perez;

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

Dated: 11-30-05

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Trial Counsel

By: _____
Yolande G. Viacava
Assistant United States Attorney
Asset Forfeiture Attorney

By: _____
Douglas Molloy
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. _____

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

CARLOS ANDRES GONZALEZ
a/k/a "Andy",
OSVALDO ALONSO, and
GILBERTO PEREZ

**INDICTMENT**

Violations:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vii), 846, 853(forfeiture), and 18 U.S.C. §2

A true bill,

_____
Foreperson

Filed in open court this 30th day

of November, A.D. 2005.

_____
Clerk

Bail $ _____

GPO 863

525